SARAH K. BURKE, WA Bar 52604
Sarah.Burke@nlrb.gov
RYAN E. CONNOLLY, WI Bar 103146
Ryan.Connolly@nlrb.gov
ERIC H. OLSON, WA Bar 62930
Eric.Olson@nlrb.gov
NATIONAL LABOR RELATIONS BOARD, Region 19
915 Second Avenue, Room 2948
Seattle, Washington 98174
Telephone:  (206) 220-6300
Facsimile:  (206) 220-6305
Counsel for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RONALD K. HOOKS,** Regional Director of the Nineteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br>　　　　　　　Petitioner,<br><br>v.<br><br>**RECREATIONAL EQUIPMENT, INC.,**<br>　　　　　　　Respondent. | Case No.: 6:25-cv-01530-MC<br><br>MOTION TO SUPPLEMENT THE RECORD WITH THE DECISION OF THE ADMINISTRATIVE LAW JUDGE |

PETITIONER'S MOTION TO SUPPLEMENTTHE RECORD　　　1

**I.    LR 7-1 CERTIFICATION**

In compliance with LR 7-1, the undersigned counsel for Petitioner Ronald K. Hooks ("Petitioner") certify that they have conferred with counsel for Respondent Recreational Equipment, Inc. ("Respondent") by videoconference on January 23, 2026, to solicit their position on this motion.  Respondent does not oppose this motion.

**II.    MOTION**

Petitioner filed a Petition for Temporary Injunction pursuant to §10(j) of the National Labor Relations Act ("Act") on August 28, 2025.  (ECF #1).  On January 14, 2026, Administrative Law Judge Eleanor Laws issued her Decision and Recommended Order ("Decision") for Case 19-CA-316615 et al, the administrative case underlying this injunction proceeding, a copy of which is attached as Exhibit 1.

Based on the above, Petitioner moves to admit the Decision of Judge Laws into the record before this Court.

DATED AT Seattle, Washington this 26th  day of January, 2026.

/s/ Sarah K. Burke
Sarah K. Burke, WA Bar 52604
National Labor Relations Board
915 2nd Ave, Suite 2948
Seattle, WA 98174
Telephone (206) 220-6300
Fax: (206) 220-6305
Email: Sarah.Burke@nlrb.gov
Counsel for Petitioner